AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Connie Mitchell, *individually and on behalf of all others similarly situated*,<br>*Plaintiff*<br>v.<br>FKA Distributing Co LLC *d/b/a HoMedics*<br>*Defendant(s)* | Civil Action No.   2:24-cv-00241-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court grants Defendant's motion to dismiss the class action complaint (ECF No. 11) and dismisses this action without prejudice for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.
IT IS SO ORDERED.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:   March 11, 2025                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/R. Heinen
                                                     *Signature of Clerk or Deputy Clerk*